UNITED STATES, Appellee

v

LARRY W. MULLINIX, Seaman Apprentice, U. S. Navy, Appellant

No. 26,238

———

UNITED STATES, Appellee

v

MICHAEL J. RAUBERTS, Private, U. S. Marine Corps, Appellant

No. 26,321

———

UNITED STATES, Appellee

v

VOIES E. PHILLIPS, Private First Class,
U. S. Marine Corps, Appellant

No. 26,444

———

UNITED STATES, Appellee

v

DAVID L. HARGIS, Private, U. S. Marine Corps, Appellant

No. 26,520

———

UNITED STATES, Appellee

v

JOHN GRANT VELEZ, Private, U. S. Army, Appellant

No. 26,582

UNITED STATES, Appellee

v

JERRY W. BLACK, Private First Class,
U. S. Marine Corps, Appellant

No. 26,656

---

UNITED STATES, Appellee

v

GEORGE S. MAKRIS, Corporal, U. S. Marine Corps, Appellant

No. 26,666

---

UNITED STATES, Appellee

v

CURTIS A. MOONEY, Specialist Four, U. S. Army, Appellant

No. 26,691

22 USCMA 336, 46 CMR 336

June 8, 1973

On the pleadings for Appellants, Accused, were *Commander George W. Powell*, JAGC, USN (No. 26,238), *Captain D. A. Higley*, USMC (Nos. 26,238 and 26,520), *Lieutenant Thomas M. Geisler, Jr.*, JAGC, USNR (No. 26,238), *Lieutenant Arthur H. Rainey*, JAGC, USNR (Nos. 26,321 and 26,444), *Captain D. F. Hagans, II*, USMCR (No. 26,520), *Colonel Arnold I. Melnick* (Nos. 26,582 and 26,691), *Captain Peter M. Davenport* (No. 26,582), *Lieutenant William Polkinghorn, Jr.*, JAGC, USNR (No. 26,656), *Lieutenant Kenneth N. Beth*, JAGC, USNR (No. 26,666), *Captain J. Vincent Aprile, II*, (No. 26,691), and *Captain John D. Lanoue* (No. 26,691).

On the pleadings for Appellee, United States, were *Lieutenant Colonel G. L. Bailey*, USMC (Nos. 26,238, 26,321, 26,444, 26,520, 26,656, and 26,666), *Lieutenant Steven C. Cross*, JAGC, USNR (No. 26,238), *Captain Donald B. Myers*, USMCR (Nos. 26,321 and 26,444), *Lieutenant Colonel*

*L. K. O'Drudy, Jr.,* USMC (No. 26,520), *Lieutenant Colonel Ronald M. Holdaway* (Nos. 26,582 and 26,691), *Major Thomas P. Burns, III,* (No. 26,582), *Captain Ronald A. Cimino* (No. 26,582), *Captain Glenn R. Bonard* (No. 26,582), *Captain Richard L. Menson* (Nos. 26,582 and 26,691), *Lieutenant E. Alan Hechtkopf,* JAGC, USNR (Nos. 26,656 and 26,666), *Captain James F. Motley* (No. 26,691), and *Captain Stan L. Spangler* (No. 26,691).

## Opinion of the Court

PER CURIAM:

In each of these cases, evidence of previous conviction by summary court-martial was received against the accused at sentencing. Unlike the situation in United States v Alderman, 22 USCMA 298, 46 CMR 298 (May 25, 1973), we perceive in these cases no fair risk of prejudice to the accused from the admission of such evidence. Accordingly, the decision of the Court of Military Review in each case is affirmed.

Chief Judge Darden would affirm the decisions below for the reasons set forth in his separate opinion in United States v Alderman, supra.